# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MARIBEL BRAVO BARRIENTOS,<br><br>　　　　　Defendant. | Case No.: 3:19-CR-04510-GPC<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' AMENDED MOTION TO DISMISS THE INFORMATION AS TO DEFENDANT MARIBEL BRAVO BARRIENTOS WITHOUT PREJUDICE** |

The United States' Amended Motion to Dismiss the Information (ECF No. 22) is hereby GRANTED. The Information is DISMISSED as to Defendant Maribel Bravo Barrientos only, without prejudice, and in the interests of justice, according to the grounds set out in the Government's motion.

**IT IS SO ORDERED.**

Dated: December 11, 2019

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　United States District Judge